UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  9:17-cv-80382-DMM

WANDA LARACUENTE,

    Plaintiff,

vs.

MEDICAL DATA SYSTEMS, INC., et al.,

    Defendants.
_____/

### PLAINTIFF WANDA LARACUENTE AND DEFENDANT JUPITER MEDICAL CENTER, INC.'S JOINT NOTICE OF SETTLEMENT

Plaintiff, Wanda Laracuente, and Defendant Jupiter Medical Center, Inc., by and through undersigned counsel, give notice of the settlement between them of all issues in this action, with each party to bear its own attorney's fees and costs.

Dated this 8th day of August, 2017.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *Sharina T. Romano* | /s/  *Fentrice D. Driskell* |
| Sharina T. Romano | Fentrice D. Driskell |
| Florida Bar No. 65501 | Florida Bar No. 833851 |
| Email: sharina@fairdebt411.com | E-mail: fdriskell@carltonfields.com |
| Hyslip & Taylor, LLC, LPA | Carlton Fields Jorden Burt, P.A. |
| 1100 W. Cermak Rd., Ste. B410 | P.O. Box 3239 |
| Chicago, IL  60608 | Tampa, FL  33601-3239 |
| Telephone: (904) 853-3050 | Telephone:  (813) 223-7000 |
| Facsimile: (312) 361-3509 | Facsimile:  (813) 229-4133 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Jupiter Medical Center, Inc.* |

112501162.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/  Fentrice D. Driskell*
Fentrice D. Driskell

112501162.1