UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-80382-CV-Middlebrooks

WANDA LARACUENTE,

    Plaintiff,

v.

MEDICAL DATA SYSTEMS, INC,
JUPITER MEDICAL CENTER, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff Wanda Laracuente's ("Plaintiff") and Defendant Medical Data Systems, Inc.'s ("Medical Data Systems") Joint Stipulation of Dismissal without Prejudice as to Medical Data Systems, filed November 1, 2017. (DE 36). On August 24, 2017, Plaintiff and Defendant Jupiter Medical Center, Inc. ("Jupiter Medical Center") filed a Joint Stipulation for Dismissal with Prejudice as to Jupiter Medical Center. (DE 27). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulations are self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 2 day of November, 2017.

                                                         DONALD M. MIDDLEBROOKS
                                                         UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record